```
         UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF ARKANSAS
              HOT SPRINGS DIVISION

GEORGIA-PACIFIC CONSUMER
PRODUCTS, LP                                    PLAINTIFF

V.                  CASE NO. 08CV6086

MYERS SUPPLY, INC.                              DEFENDANT
```

O R D E R

On this 21st day of January 2009, there comes on for consideration the report and recommendation filed in this case on December 29, 2008, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 34.) Also before the Court are Plaintiff's objections (Doc. 36) and Defendant's response (Doc. 39).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion for Preliminary Injunction (Doc. 3) is DENIED.

IT IS SO ORDERED.

```
                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge
```

**AO72A**
**(Rev. 8/82)**