```
            UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                HOT SPRINGS DIVISION
```

GEORGIA-PACIFIC CONSUMER
PRODUCTS, LP                                           PLAINTIFF

V.                      CASE NO. 08CV6086

MYERS SUPPLY, INC.                                     DEFENDANT

O R D E R

On this 3rd day of February 2009, there comes on for consideration the report and recommendation filed in this case on January 7, 2009, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 35.) Also before the Court are Defendant's objections (Doc. 41).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion to Dismiss for Failure to Join a Necessary Party, or in Alternative, to Stay Proceedings (Doc. 18) is DENIED.

IT IS SO ORDERED.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge

**AO72A**
**(Rev. 8/82)**