```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     HOT SPRINGS DIVISION
```

GEORGIA-PACIFIC CONSUMER
PRODUCT LP
                                              PLAINTIFF

   v.              Case No: 6:08-cv-6086

MYERS SUPPLY, INC.
                                              DEFENDANT

## JUDGMENT

On the 6th day of July, 2009, this matter came on for bench trial before the Honorable Robert T. Dawson. At the completion of the two-day trial, the case was submitted to the Court. For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, **IT IS ORDERED AND ADJUDGED** that Plaintiff takes nothing on its Complaint and the matter is **DISMISSED WITH PREJUDICE** with statutory costs to Myers Supply. **The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 23rd day of July, 2009.

                              /s/ Robert T. Dawson
                              Robert T. Dawson
                              United States District Judge

**AO72A**
**(Rev. 8/82)**